**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **FINDINGS OF FACT AND CONCLUSIONS** |
| | ) | **OF LAW IN SUPPORT OF EXCLUDING** |
| vs. | ) | **TIME PURSUANT TO THE SPEEDY** |
| | ) | **TRIAL ACT, 18 U.S.C. § 3161(h)** |
| Micheal L. Fisher, Amiel Schaff, | ) | |
| and Fisher Sand and Gravel | ) | |
| Co., Inc., | ) | Case No. 1:08-cr-026 |
| | ) | |
| Defendants. | ) | |

On July 7, 2008, the Court entered an Order continuing the above-captioned case from July 22, 2008, until January 5, 2009. See Docket No. 43. The Court, having considered the factual representations, stipulations, and arguments of counsel for the United States and for defendant, Amiel Schaff, makes the following findings of fact and conclusions of law in support of this Court's order excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. entered July 7, 2008.

**FINDINGS OF FACT**

1. On April 23, 2008, an eleven-count Indictment was returned charging Micheal Fisher, Amiel Schaff, and Fisher Sand and Gravel, Co., Inc. in Count 1 with conspiracy to defraud the United States. Micheal Fisher was charged with eight additional counts, six counts of making and subscribing false federal income tax returns and two counts of aiding and assisting in the preparation and presentation of false federal income tax returns. Amiel Schaff was charged with four additional counts of aiding and assisting in the preparation and presentation of false federal income tax returns. As described in the Indictment, the conspiracy spans 2001 through 2005.

2. The discovery in the above-captioned matter is extensive and voluminous. The Government has forwarded in excess of 23,000 pages of discovery to defense counsel which may be used by the Government in its case-in-chief. In addition, the Government will make available for the defendants' inspection and copying six additional boxes of records in the custody of the Internal Revenue Service in Sioux Falls, South Dakota. The evidence provided and made available to the defense includes thousands of pages of corporate and individual tax returns and related schedules, corporate, and individual accounting records, invoices, checks, records of various financial institutions, and interview memoranda.

3. On June 24, 2008, co-defendant Fisher Sand and Gravel, Co. Inc., retained new counsel. On July 8, 2008, the Court addressed the outstanding issues surrounding potential conflicts of interest involving counsel for co-defendant Micheal Fisher. New counsel for Fisher Sand and Gravel Co., Inc., advised the Court that he has not had an opportunity to review the extensive evidence in this case.

## **CONCLUSIONS OF LAW**

Based upon the facts and information known to the Court, including the stipulations of the parties, and based upon good cause, the Court finds the following:

1. The failure to grant a continuance of the July 22, 2008, trial date in a criminal tax and conspiracy case which spans five years with three defendants and voluminous discovery would deny counsel for the defendants and the Government reasonable time necessary for effective preparation, taking into account due diligence and would deny co-defendant Fisher Sand and Gravel, Co., Inc., continuity of counsel. 18 U.S.C. § 3161 (h)(8)(B)(iv).

2.      Considering the interests of the defendants and the public in a speedy trial, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a Speedy Trial. 18 U.S.C. § 3161 (h)(8)(A). In addition, each of the defendants have filed express waivers of their right to a speedy trial. See Docket Nos. 34, 35, and 37.

Dated this 9th day of July, 2008.

>               */s/ Daniel L. Hovland*
>               Daniel L. Hovland, Chief Judge
>               United States District Court